Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendant
WELLS FARGO BANK, N.A.

"O"

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONSUELO GONZALEZ LABRADA,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; HOME LOAN FUNDING, INC., a corporate entity its assignees and/or its successors in interest, INDYMAC BANK, FSB, its assignees and/or its successors in interest; ONE WEST BANK, FSB, its assignees and/or its successors in interest; ORANGE COAST TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware corporate entity; QUALITY LOAN SERVICE CORPORATION, a corporate entity; LSI TITLE COMPANY; WELLS FARGO BANK, N.A., AMERICAN SECURITIES COMPANY, and DOES 1 -100, inclusive,<br><br>    Defendants. | Case No. 2:10-cv-07373-CAS (FMOx)<br><br>Assigned to:<br>District Judge Christina A. Snyder<br>Courtroom: 5 – 2nd Floor<br><br>Assigned Discovery:<br>Magistrate Judge Fernando M. Olguin<br><br>**JUDGMENT IN FAVOR OF WELLS FARGO**<br><br>Action Filed: October 1, 2010 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4825-4741-0186.1
14617-384

[PROPOSED] JUDGMENT

On July 18, 2011, the Court granted Defendant WELLS FARGO BANK, N.A.'s ["WELLS FARGO's"] Motion to Dismiss Plaintiff CONSUELO GONZALEZ LABRADA's First Amended Complaint without leave to amend. The Court granted, with prejudice, WELLS FARGO's Motion to Dismiss Plaintiff's Fourth Cause of Action for Violations of the FDCPA, 15 U.S.C. sect. 1692F(6) and Twelth Cause of Action for Tortious Violation of the Real Estate Settlement Procedures Act ["RESPA"] and granted, without prejudice, WELLS FARGO's Motion to Dismiss the remaining state law claims. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED a Judgment of Dismissal be entered in favor of WELLS FARGO and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the First Amended Complaint against WELLS FARGO. Each side shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: July 28, 2011  _____
JUDGE OF THE U.S. DISTRICT COURT

Respectfully submitted:
KUTAK ROCK LLP

By: /s/ Steven M. Dailey _____
    Jeffrey S. Gerardo
    Steven M. Dailey
    Attorneys for Defendant
    WELLS FARGO BANK, N.A.,