1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# AT LOS ANGELES – SPRING STREET

| | |
|---|---|
| CONSUELO GONZALEZ LaBRADA,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; HOME LOAN FUNDING, INC., a corporate entity, its assignees and/or its successors-in-interest; INDYMAC BANK, F.S.B., its assignees and/or its successors-in-interest; ONEWEST BANK, F.S.B., its assignees and/or its successors-in-interest; ORANGE COAST TITLE COMPANY; MORTGAGE ELECTRONIC SYSTEMS, INC., a Delaware corporate entity; QUALITY LOAN SERVICE CORPORATION, a corporate entity; LSI TITLE COMPANY; WELLS FARGO BANK, N.A.; AMERICAN SECURITIES COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:10-cv-07373-CAS -FMO<br><br>JUDGMENT IN FAVOR OF DEUTSCHE BANK NATIONAL TRUST COMPANY, ONEWEST BANK, F.S.B. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

On July 18, 2011, the Court granted the motion of defendants DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank"), ONEWEST BANK, F.S.B. ("OneWest") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively, "Moving Defendants") to dismiss the first amended complaint of plaintiff CONSUELO GONZALEZ LABRADA ("Plaintiff"),

1  without leave to amend. The Court granted, with prejudice, Moving Defendants'
2  motion to dismiss Plaintiff's fourth cause of action for Violations of the Fair Debt
3  Collection Practices Act, 15 U.S.C. § 1692F(6) and twelfth cause of action for
4  Tortious Violation of Real Estate Settlement Procedures Act, and granted, without
5  prejudice, Moving Defendants' motion to dismiss the remaining state law claims.
6       Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a
7  Judgment of Dismissal be entered in favor of Deutsche Bank, OneWest and MERS,
8  and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of
9  the first amended complaint against Deutsche Bank, OneWest and MERS. Each
10 side shall bear its own fees and costs.

12      IT IS SO ORDERED.

14 DATED: January 9, 2012

_Christina A. Snyder_
JUDGE OF THE U.S. DISTRICT COURT

17 Respectfully submitted:
18 ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
19 DAVID C. BOLSTAD
   RYAN T. WAGGONER

21 By:   /s/ Ryan T. Waggoner
       RYAN T. WAGGONER
22 Attorneys for Defendants
   DEUTSCHE BANK NATIONAL
23 TRUST COMPANY, ONEWEST
   BANK, F.S.B. and MORTGAGE
24 ELECTRONIC REGISTRATION
   SYSTEMS, INC.